____ FILED        ____ LODGED
____ RECEIVED  ____ COPY

SEP **2 6** 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>vs.<br><br>Roberto Juan Mariscal,<br><br>                      Defendant. | No.    CR-23-1349-PHX-JJT (JZB)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the Purchase of a Firearm)<br>Counts 1 – 20<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the Purchase of a Firearm)<br>Counts 21 – 40<br><br>18 U.S.C. §§ 924, 981, and 982;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### COUNTS 1 - 20

On or between June 27, 2022 and May 24, 2023, in the District of Arizona, Defendant ROBERTO JUAN MARISCAL knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ROBERTO JUAN MARISCAL did

execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant ROBERTO JUAN MARISCAL resided at an address on West Melvin Street in Phoenix, Arizona, whereas in truth and fact, Defendant ROBERTO JUAN MARISCAL knew that he resided at a different address:

| Count | Date | FFL (Business) |
|---|---|---|
| 1 | 6/27/2022 | Ammo AZ |
| 2 | 7/1/2022 | Ammo AZ |
| 3 | 7/1/2022 | Ammo AZ |
| 4 | 7/1/2022 | Ammo AZ |
| 5 | 8/10/2022 | Ammo AZ |
| 6 | 8/10/2022 | Ammo AZ |
| 7 | 8/10/2022 | Ammo AZ |
| 8 | 9/26/2022 | Ammo AZ |
| 9 | 9/26/2022 | Ammo AZ |
| 10 | 9/27/2022 | Ammo AZ |
| 11 | 10/4/2022 | Ammo AZ |
| 12 | 10/6/2022 | Ammo AZ |
| 13 | 10/20/2022 | Ammo AZ |
| 14 | 11/1/2022 | Lone Wolf Trading Company |
| 15 | 11/9/2022 | Cabela's |
| 16 | 11/30/2022 | Cabela's |
| 17 | 4/15/2023 | Ammo AZ |
| 18 | 4/17/2023 | Ammo AZ |
| 19 | 5/23/2023 | Ammo AZ |
| 20 | 5/24/2023 | Ammo AZ |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

- 2 -

## COUNTS 21 - 40

On or between June 27, 2022 and May 24, 2023, in the District of Arizona, Defendant ROBERTO JUAN MARISCAL knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ROBERTO JUAN MARISCAL did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer of the firearm(s), whereas in truth and fact, he knew that he was purchasing the firearm(s) for someone else:

| Count | Date | FFL (Business) |
|-------|------|----------------|
| 21 | 6/27/2022 | Ammo AZ |
| 22 | 7/1/2022 | Ammo AZ |
| 23 | 7/1/2022 | Ammo AZ |
| 24 | 7/1/2022 | Ammo AZ |
| 25 | 8/10/2022 | Ammo AZ |
| 26 | 8/10/2022 | Ammo AZ |
| 27 | 8/10/2022 | Ammo AZ |
| 28 | 9/26/2022 | Ammo AZ |
| 29 | 9/26/2022 | Ammo AZ |
| 30 | 9/27/2022 | Ammo AZ |
| 31 | 10/4/2022 | Ammo AZ |
| 32 | 10/6/2022 | Ammo AZ |
| 33 | 10/20/2022 | Ammo AZ |
| 34 | 11/1/2022 | Lone Wolf Trading Company |

| 35 | 11/9/2022 | Cabela's |
|---|---|---|
| 36 | 11/30/2022 | Cabela's |
| 37 | 4/15/2023 | Ammo AZ |
| 38 | 4/17/2023 | Ammo AZ |
| 39 | 5/23/2023 | Ammo AZ |
| 40 | 5/24/2023 | Ammo AZ |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 40 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d), 981, and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 40 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

- 4 -

All in accordance with Title 18, United States Code, Sections 924, 981 and 982; Title 21, United States Code, Sections 853 and 881; Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date:  September 26, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/

JACQUELINE SCHESNOL
Assistant U.S. Attorney